UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY J. LONCZAK,<br><br>                Plaintiff,<br><br>vs.<br><br>THE TOP-FLITE GOLF COMPANY,<br><br>                Defendant. | CIVIL ACTION NO. 05-30180-MAP<br><br>**DEFENDANT**<br>**RULE 16.1 CERTIFICATION** |

      Pursuant to Local Rule 16.1, the Defendant, The Top-Flite Golf Company, and its counsel, Skoler, Abbott & Presser, P.C., hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course of the captioned litigation through trial and have discussed Alternative Dispute Resolution ("ADR") programs and the costs of resolving the captioned litigation through an ADR program.

Respectfully submitted,

_____  
Jay M. Presser, Esq.  
BBO #405760  
Counsel for Defendant  
Skoler, Abbott & Presser, P.C.  
One Monarch Place, Suite 2000  
Springfield, Massachusetts 01144  
Tel.: (413) 737-4753/Fax: (413) 787-1941  
Dated: August 31, 2005

_____  
Peter A. Arturi  
General Counsel  
The Top-Flite Golf Company  

Dated: August 29, 2005

1