UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GARY J. LONCZAK,　　　　　　　　　　)
　　　　　Plaintiff　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　　　)　　CIVIL ACTION NO.: 05-30180-MAP
　　　　　　　　　　　　　　　　　　　　　)
THE TOP-FLITE GOLF COMPANY,　　　)
　　　　　Defendant　　　　　　　　　　　)

## PLAINTIFF'S RULE 16.1 CERTIFICATION

Counsel and the undersigned hereby certify that they have conferred in order to establish a budget for the cost of conducting the full course of this litigation and to consider the resolution of the litigation through the use alternative dispute resolution.

Dated: 9/13/05

_____
Maurice M. Cahillane, Esq., BBO# 069660
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121

Dated: 9/2/05

_____
Gary J. Lonczak

11842-040948\97242.wpd