UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN BETTENCOURT,            )
          Plaintiff        )
                           )
                           )
v.                           )    Civil Action No.  05-30180-MAP
                           )
                           )
THE TOP FLITE GOLF COMPANY,  )
          Defendant        )

SCHEDULING ORDER
September 20, 2005

NEIMAN, U.S.M.J.

      The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by October 14, 2005.

2. All written discovery and non-expert depositions shall be completed by May 22, 2006.

3. Counsel shall appear for a case management conference on May 25, 2006, at 10:00 a.m. in Courtroom Three.

4. Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by June 23, 2006.

5. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by July 24, 2006.

6.    All expert depositions shall be completed by September 1, 2006.

IT IS SO ORDERED.

Dated: September 20, 2005              /s/ Kenneth P. Neiman
                                                          KENNETH P. NEIMAN
                                                          U.S. Magistrate Judge