*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

| | |
|---|---|
| GARY J. LONCZAK,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>THE TOP-FLITE GOLF COMPANY,<br><br>　　　　　　　　Defendant. | CIVIL ACTION NO. 05-30180-MAP<br><br>**NOTICE OF APPEARANCE** |

　　　　NOW COMES Skoler, Abbott & Presser, P.C., by Amy B. Royal, Esq., and herewith notices its appearance as counsel for Defendant, Top-Flite Golf Company, in the above action.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　  /s/ Amy B. Royal, Esq.
　　　　　　　　　　　　　　　　　　　　Amy B. Royal, Esq.
　　　　　　　　　　　　　　　　　　　　BBO No. 647175
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　Skoler, Abbott & Presser, P.C.
　　　　　　　　　　　　　　　　　　　　One Monarch Place, Suite 2000
　　　　　　　　　　　　　　　　　　　　Springfield, Massachusetts 01144
Dated:　October 14, 2005　　　　　　　Tel.: (413) 737-4753/Fax: (413) 787-1941

<u>CERTIFICATE OF SERVICE</u>

　　　　I hereby certify that a true and accurate copy of the foregoing *Notice of Appearance* was served upon the attorney of record for each other party via electronic filing and by first-class, U.S. mail, postage prepaid, on October 14, 2005.

　　　　　　　　　　　　　　　　　　　　  /s/ Amy B. Royal, Esq.
　　　　　　　　　　　　　　　　　　　　Amy B. Royal, Esq.