UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY J. LONCZAK,<br>　　　Plaintiff<br><br>vs.<br><br>THE TOP-FLITE GOLF COMPANY,<br>　　　Defendant | CIVIL ACTION NO.: 05-30180-MAP |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

　　　Now come the parties and move that the period of time to complete discovery be extended to July 15, 2006, and as cause therefore states:

1.　　The parties are still in the process of completing discovery. Because of the large volume of material and the number of depositions to be completed, especially considering that some individuals are not in the area, the parties need additional time to complete discovery. Discovery was scheduled to close on May 22, 2006.

2.　　The parties further move that all other deadlines as set out in the prior Court Order be extended by forty-five (45) days.

THE PLAINTIFF　　　　　　　　　　　　　　　　　THE DEFENDANT


By: _/s/ Maurice M Cahillane_　　　　　　　　　　_/s/ Jay M Presser_
　　　His attorney　　　　　　　　　　　　　　　　　Its attorney
Maurice M. Cahillane, Esq., BBO#069660　　　　Jay M. Presser, Esq.; BBO No. 405760
Egan, Flanagan and Cohen, P.C.　　　　　　　　Skoler, Abbott & Presser, P.C.
67 Market Street　　　　　　　　　　　　　　　　One Monarch Place, Suite 2000
Springfield, Massachusetts 01103　　　　　　　　Springfield, Massachusetts 01144
Tel: 413-737-0260; Fax: 413-737-0121　　　　　Tel: 413-737-4753; Fax: 413-787-1941


Dated: May 24, 2006　　　　　　　　　　　　　　Dated: May 24, 2006

11842-040948\113984.wpd