UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GARY J. LONCZAK, )
    Plaintiff )
)
vs. )   CIVIL ACTION NO.: 05-30180-MAP
)
THE TOP-FLITE GOLF COMPANY, )
    Defendant )

### JOINT MOTION TO EXTEND DISCOVERY DEADLINE

Now come the parties and move that the period of time to complete discovery be extended to August 15, 2006, and as cause therefore states:

1. Due to scheduling conflicts and vacation schedules, there are still several depositions remaining and are scheduled during the last week of July and the first two weeks of August.

2. The parties further move that the Case Management Conference currently scheduled for July 18, 2006 be continued until after August 15, 2006.

THE PLAINTIFF                                  THE DEFENDANT

By: _____          _____
His attorney                                         Its attorney
Maurice M. Cahillane, Esq., BBO#069660    Jay M. Presser, Esq., BBO No. 405760
Egan, Flanagan and Cohen, P.C.               Skoler, Abbott & Presser, P.C.
67 Market Street                                   One Monarch Place, Suite 2000
Springfield, Massachusetts 01103             Springfield, Massachusetts 01144
Tel: 413-737-0260; Fax: 413-737-0121     Tel: 413-737-4753; Fax: 413-787-1941

Dated: 7/11/05                                   Date: 7/11/05

11842-040948\116755.wpd