UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY J. LONCZAK,<br>　　　Plaintiff<br><br>vs.<br><br>THE TOP-FLITE GOLF COMPANY,<br>　　　Defendant | CIVIL ACTION NO.: 05-30180-MAP |

PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME TO FILE
OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

　　　Now comes the plaintiff and moves for an extension until January 12, 2007 to file the Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and as cause therefore states:

1.　On December 1, 2006, counsel for the Defendant filed a Motion for Summary Judgment and a Memorandum with over 1000 pages of exhibits and other supporting documents. The Plaintiff's Opposition is due to be filed on December 18, 2006. This matter is involves four separate cases with some related issues, but different facts in each case.

2.　Due to the large volume of materials, several other scheduled matters and the approaching holiday season, it will be difficult to meet with the plaintiffs and prepare the oppositions within the time frame currently in place.

3.　Wherefore, the Plaintiff respectfully requests that this extension be granted.

| THE PLAINTIFF | ASSENTED TO BY<br>THE DEFENDANT BY |
|---|---|
| By: _____<br>His attorney<br>Maurice M. Cahillane, Esq., BBO#069660<br>Egan, Flanagan and Cohen, P.C.<br>67 Market Street<br>Springfield, Massachusetts 01103<br>Tel: 413-737-0260; Fax: 413-737-0121<br><br>Dated: 12/6/06 | _____<br>Its attorney<br>Jay M. Presser, Esq.; BBO No. 405760<br>Skoler, Abbott & Presser, P.C.<br>One Monarch Place, Suite 2000<br>Springfield, Massachusetts 01144<br>Tel: 413-737-4753; Fax: 413-787-1941<br><br>Date: 12/6/06 |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this 6th day of December 2006, on all parties, by forwarding via electronic mail to Jay M. Presser, Esq., Skoler, Abbott & Presser, One Monarch Place, Springfield, MA 01144

Maurice M. Cahillane

11842-040948\125570.wpd