UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GARY J. LONCZAK,                )
      Plaintiff                    )
                                )
vs.                             )   CIVIL ACTION NO.: 05-30180-MAP
                                )
THE TOP-FLITE GOLF COMPANY,     )
      Defendant                    )


PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME TO FILE
RESPONSE TO DEFENDANT'S MOTIONS TO STRIKE

    Now comes the plaintiff and moves for an extension until March 10, 2007 to file the Plaintiff's Opposition to Defendant's Motions to Strike, and as cause therefore states:

1. The Plaintiff's Response to Defendant's Motions to Strike are presently due on March 1, 2007.

2. Plaintiff's counsel was unexpectedly called to trial in the Hampden County Superior Court for Wednesday, February 28, 2007. Said trial is expected to last three days.

3. As the Court is undoubtedly aware, this matter involves four individual plaintiffs and the same defendant. The documents filed by the defendant are voluminous.

4. Wherefore, the Plaintiff respectfully requests that this extension be granted.


THE PLAINTIFF                           ASSENTED TO BY
                                        THE DEFENDANT BY


By:  ___/ S /  Maurice M. Cahillane___      ___/ S / Jay M. Presser_____
    His attorney                            Its attorney
    Maurice M. Cahillane, Esq., BBO#069660   Jay M. Presser, Esq.; BBO No. 405760
    Egan, Flanagan and Cohen, P.C.           Skoler, Abbott & Presser, P.C.
    67 Market Street                         One Monarch Place, Suite 2000
    Springfield, Massachusetts 01103         Springfield, Massachusetts 01144
    Tel: 413-737-0260; Fax: 413-737-0121     Tel: 413-737-4753; Fax: 413-787-1941

    Dated:  ___2/26/2007_____        Date:  _____2/26/2007_____

11842-040948\130452.wpd