UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY J. LONCZAK,    )<br>       Plaintiff    )<br>       )<br>vs.    )   CIVIL ACTION NO.: 05-30180-MAP<br>       )<br>THE TOP-FLITE GOLF COMPANY,    )<br>       Defendant    ) | |

## PLAINTIFF'S MOTION TO CONSOLIDATE

Now comes the Plaintiff and moves pursuant to Fed.R.Civ.P. 12(a) that the following cases:

*Paul Duval v. The Top Flite Golf Company*, Civil Action No.: 05-30181

*Michael Behaylo v. The Top Flite Golf Company*, Civil Action No.: 05 30178

*Gary Lonczak v. The Top Flite Golf Company*, Civil Action No.: 05 30180 and

*John Bettencourt v. The Top Flite Golf Company*, Civil Action No.: 05 30179

be consolidated for trial for the reasons stated in the attached memorandum.

THE PLAINTIFF, GARY LONCZAK
BY HIS ATTORNEY

Dated: December 31, 2007

  / S / Maurice M. Cahillane
Maurice M. Cahillane, Esq.
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 069660

11842-040948\Document in ProLaw