UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY J. LONCZAK,<br>    Plaintiff<br><br>vs.<br><br>THE TOP-FLITE GOLF COMPANY,<br>    Defendant | )<br>)<br>)<br>)   CIVIL ACTION NO.: 05-30180-MAP<br>)<br>)<br>)<br>) |

**PLAINTIFF'S PROPOSED JURY QUESTIONS**

1. Do you find by a preponderance of the evidence that the defendant discriminated against the plaintiff on the basis of his age.

    Yes _____        No _____

2. If you answered yes to Question No. 1, do you find that the defendant's actions were willful?

    Yes _____        No _____

3. If you answered yes to Question 1, what amount of damages will compensate the plaintiff for:

    a.    Back pay and benefits _____

    b.    Future losses _____

                                    THE PLAINTIFF, GARY LONCZAK
                                    BY HIS ATTORNEY

Dated: January 28, 2008        /S/ Maurice M. Cahillane_____
                                          Maurice M. Cahillane, Esq.
                                          EGAN, FLANAGAN AND COHEN, P.C.
                                          67 Market Street - Post Office Box 9035
                                          Springfield, MA 01102
                                          (413) 737-0260; Fax: (413) 737-0121
                                          BBO# 069660

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a copy of the foregoing document was served this 28th day of January, 2008, on all parties, by hand delivery or First Class Mail, postage prepaid, to Jay M. Presser, Esq., Skoler, Abbott & Presser, 1 Monarch Place, Springfield, MA 01144.

                                         <u>/S/ Maurice M. Cahillane</u>
                                         Maurice M. Cahillane

11842-040948\Document in ProLaw