UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GARY J. LONCZAK, | ) | |
| | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.: 05-30180-KPN |
| | ) | |
| CALLAWAY GOLF BALL OPERATIONS, INC. | ) | |
| Defendant | ) | |
| | ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO
PRECLUDE TESTIMONY RELATING TO DAMAGES FOR WHICH PLAINTIFF HAS
FAILED TO PRODUCE HIS TAX AND OTHER RELEVANT FINANCIAL RECORDS**

Defendants have moved to exclude testimony on damages on grounds that they do not

have all of Plaintiff's tax returns. Defendant acknowledges that even thought the Plaintiff

objected to the request for full tax returns at the time of the discovery request, he did produce at

his deposition the tax returns which he had available at that time.  Further tax information was

included in Dr. Moore's economic report.  Plaintiff has every intention of providing to the

Defendant every tax return that they have available, but was unaware that this was a significant

issue to the Defendants until the filing of this motion.  Defendants are essential contending that

the Plaintiffs did not even originally respond fully to the request for production of documents.

This would require a motion to compel by the defendants, not a last minute motion in limine.

THE PLAINTIFF, LONCZAK
BY HIS ATTORNEY

Dated: February 25, 2008

/S/ Maurice M. Cahillane
Maurice M. Cahillane, Esq.
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 069660

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was served this 25nd day of February, 2008, on all parties, by electronic delivery to Jay M. Presser, Esq., Skoler, Abbott & Presser, 1 Monarch Place, Springfield, MA 01144.


/S/ Maurice M. Cahillane
Maurice M. Cahillane, Esquire


11842-040948\Document in ProLaw