UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GARY J. LONCZAK,            )
        Plaintiff       )
                        )
    v.                          )   Civil Action No. 05-30180-KPN
                        )
CALLAWAY GOLF BALL          )
OPERATIONS, INC.,           )
        Defendant       )

SETTLEMENT ORDER OF DISMISSAL
March 11, 2008

The court, having been advised on March 11, 2008, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk