UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GARY J. LONCZAK,

                    Plaintiff,

vs.                                           CIVIL ACTION NO. 05-30180-KPN

CALLAWAY GOLF BALL OPERATIONS,
INC.,

                    Defendant.

## STIPULATION OF DISMISSAL

NOW COME THE PARTIES, by and through counsel, Maurice M. Cahillane,

Esq., and Jay M. Presser, Esq., and pursuant to Fed. R. Civ. P. 41, file this Stipulation

of Dismissal with Prejudice, and without costs to either party.

FOR PLAINTIFF,                              FOR DEFENDANT,

_____                   _____
Maurice M. Cahillane, Esq.                  Jay M. Presser, Esq.
BBO No. 069660                              BBO No. 405760
Egan, Flanagan and Cohen, P.C.              Skoler, Abbott & Presser, P.C.
67 Market Street                            One Monarch Place, Suite 2000
P.O. Box 9035                               Springfield, Massachusetts  01144
Springfield, Massachusetts  01102-9035      Tel.: (413) 737-4753/Fax: (413) 787-1941
Tel.: (413) 737-0260/Fax: (413) 737-0121

Dated: ___5/1/08___                         Dated: ___5/1/08___

11842-040948\Document in ProLaw